IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA A. CHILES,<br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br>Defendant. | **8:25CV400**<br><br>**SECOND AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that the Joint Motion to Amend the Amended Final Progression Order is granted. (Filing No. 63). The Amended Final Progression Order (Filing No. 51) is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held as previously scheduled with the undersigned magistrate judge on **December 4, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties are scheduled for mediation on December 2, 2026. This call may be cancelled upon advance notice from the parties that this case is settled.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 30, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by December 18, 2026.

**Note:** A discovery motion (including a motion to compel, to quash, or for a disputed protective order, or any motion regarding the scope and production of ESI) cannot be filed without first: a) thoroughly discussing the issue with opposing counsel in good faith (NECivR 7.1(j)); and then b) contacting the chambers of the undersigned magistrate judge to set a conference for

discussing the parties' dispute. The failure to contact the court prior to filing a discovery motion may result in an order striking the motion.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is now expired.

4) The discovery deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is December 18, 2026.

   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is seven (7). The parties will agree in good faith to consider a request beyond this limit.

   b. Depositions will be limited by Rule 30(d)(1).

   c. Evidentiary trial preservation depositions will be completed forty-five days prior to trial unless otherwise agreed to by the parties.

5) The deadline for filing motions to dismiss and motions for summary judgment is January 28, 2027.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 18, 2026.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge